**No. 44114.**—Protests 718775–G/9997, etc., of H. Grabenheimer & Sons, Inc., et al. (New Orleans).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44115.**—Protests 767552–G, etc., of Chas. H. Taylor et al. (Boston).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44116.**—Protests 784485–G, etc., of H. A. Johnson Co. et al. (Boston).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44117.**—Protest 787970–G/10400 of Frazar & Co. (New Orleans).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 44118.**—Protests 797032–G, etc., of Frazar & Co. et al. (Galveston).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44119.**—Protest 985800–G of Rheinwein Imports, Inc. (Boston).

Opinion by EVANS, J. An examination of the record failed to disclose anything which would warrant disturbing the decision of the collector. The protest was therefore overruled.

JULY 9, 1940

**No. 44120.**—▮▮▮▮▮▮▮▮▮▮▮▮—Protests 912346–G, etc., of Fred Haslam & Co., Inc., et al. ▮▮▮▮▮▮▮▮ Application by plaintiffs for rehearing granted.